# 1A Wisconsin income tax 2015

Check here if an amended return ▶

| Your legal last name | Legal first name | M.I. | Your social security number |
|---|---|---|---|
| STOUT | DUANE | | 3167 |

| If a joint return, spouse's legal last name | Spouse's legal first name | M.I. | curity number |
|---|---|---|---|
| STOUT | JENNIFER | | 1309 |

Home address (number and street). If you have a PO Box, see page 6. — 7017 93RD AVE   Apt. No.

City or post office: KENOSHA   State: WI   Zip code: 53142

**Tax district** Check below then fill in either the name of city, village, or town and the county in which you lived at the end of 2015.

__X__ City  ___ Village  ___ Town

City, village, or town ▶ KENOSHA

County of ▶ KENOSHA

School district number (see page 23) 2793

Special conditions [ ]

**Filing status**

- ___ Single
- _X_ Married filing joint return (even if only one had income)
- ___ Head of household  Fill in qualifying person's name ▼
  Also, check here if married ▶ ___

**Use BLACK ink**   NO COMMAS; NO CENTS

| | | |
|---|---|---|
| 1 Wages, salaries, tips, etc. (see page 7) | 1 | 10102 .00 |
| 2 Interest (see page 7) | 2 | .00 |
| 3 Ordinary dividends (from line 9a of federal Form 1040A or 1040) | 3 | .00 |
| 4 Capital gain distributions (see page 8) | 4 | .00 |
| 5 Unemployment compensation (from worksheet, page 8) | 5 | .00 |
| 6 Taxable IRA distributions, pensions, and annuities (see page 8) | 6 | .00 |
| 7 Add lines 1 through 6 | 7 | 10102 .00 |
| 8 IRA deduction (see page 10) | 8 | .00 |
| 9 Student loan interest deduction (see page 10) | 9 | .00 |
| 10 Medical care insurance deduction (see page 10) | 10 | 1259 .00 |
| 11 Add lines 8 through 10 | 11 | 1259 .00 |
| 12 Subtract line 11 from line 7. This is your Wisconsin income | 12 | 8843 .00 |
| 13 If your parent (or someone else) can claim you (or your spouse) as a dependent, check here ▶ 13 | | ___ |
| 14 Fill in the **standard deduction** for your filing status from table, page 31. But if you checked line 13, fill in amount from worksheet, page 11 | 14 | 18460 .00 |
| 15 Subtract line 14 from line 12. If line 14 is larger than line 12, fill in 0 | 15 | .00 |
| 16 Exemptions (Caution: see page 11) | | |
| a Fill in exemptions from your federal return ▶ 3 x $700 ·· 16a | | 2100 .00 |
| b Check if 65 or older ___ You + ___ Spouse = ___ x $250 .. 16b | | .00 |
| c Add lines 16a and 16b | 16c | 2100 .00 |
| 17 Subtract line 16c from line 15. If line 16c is larger than line 15, fill in 0. This is your taxable income | 17 | 0 .00 |
| 18 Tax. Use amount on line 17 to find your tax using table, page 24 | 18 | 0 .00 |
| 19 Armed forces member credit (must be stationed outside U.S., see page 11) | 19 | .00 |
| 20 School property tax credit | | |
|   a Rent paid in 2015-heat included _____ .00 } Find credit from table page 12 .. 20a | | .00 |
|   Rent paid in 2015-heat not included _____ .00 | | |
|   b Property taxes paid on home in 2015 ____ 4487 .00 ▶ Find credit from table page 13 .. 20b | | 300 .00 |
| 21 Married couple credit. Complete schedule on reverse side | 21 | 42 .00 |
| 22 Add lines 19 through 21. This is the total of your credits | 22 | 342 .00 |
| 23 Subtract line 22 from line 18. If line 22 is larger than line 18, fill in 0. This is your net tax | 23 | 0 .00 |

I-080i (R. 9-15)
DRAKE

Case 12-36019-gmh    Doc 81-1    Filed 08/03/16    Page 1 of 4

| # | Description | Amount |
|---|---|---|
| 24 | Fill in net tax from line 23 | .00 |
| 25 | Sales and use tax due on Internet, mail order, or other out-of-state purchases (see page 14) | .00 |
|    | If you certify that no sales or use tax is due, check here ▶ X | |
| 26 | Donations (decreases refund or increases amount owed) | |
|    | a Endangered resources .00    e Military family relief .00 | |
|    | b Cancer research .00    f Second Harvest/Feeding Amer. .00 | |
|    | c Veterans trust fund .00    g Red Cross WI Disaster Relief .00 | |
|    | d Multiple sclerosis .00    h Special Olympics Wisconsin .00 | |
|    | Total (add lines a through h) ▶ 26i | .00 |
| 27 | Add lines 24, 25, and 26i | .00 |
| 28 | Wisconsin income tax withheld. Enclose withholding statements | 104.00 |
| 29 | 2015 estimated tax payments and amount applied from 2014 return | .00 |
| 30 | Earned income credit (see page 16) Qualifying children 1   Federal credit 3359.00 x 4 % = | 134.00 |
| 31 | Homestead credit. Attach Schedule H or H-EZ | .00 |
| 32 | Eligible veterans and surviving spouses property tax credit (see page 16) | .00 |
| 33 | AMENDED RETURN ONLY - amount previously paid (see page 18) | .00 |
| 34 | Add lines 28 through 33 | 238.00 |
| 35 | AMENDED RETURN ONLY - amount previously refunded (see page 18) | .00 |
| 36 | Subtract line 35 from line 34 | 238.00 |
| 37 | If line 36 is more than line 27, subtract line 27 from line 36. This is the AMOUNT YOU OVERPAID | 238.00 |
| 38 | Amount of line 37 you want REFUNDED TO YOU | 238.00 |
| 39 | Amount of line 37 you want applied to your 2016 estimated tax | .00 |
| 40 | If line 36 is less than line 27, subtract line 36 from line 27. This is the AMOUNT YOU OWE | .00 |
| 41 | Underpayment interest. Fill in exception code - See Sch. U ▶ | .00 |

**Third Party Designee** Do you want to allow another person to discuss this return with the department (see page 20)? ☐ Yes Complete the following. ☒ No

Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign below** Under penalties of law, I declare that this return and all attachments are true, correct, and complete to the best of my knowledge and belief.

Your signature    Spouse's signature (if filing jointly, BOTH must sign)    Date 02-09-2016    Daytime phone 262-220-6020

Mail your return to: Wisconsin Department of Revenue
If tax due   PO Box 268, Madison WI 53790-0001
If homestead credit claimed   PO Box 34, Madison WI 53786-0001
If refund or no tax due   PO Box 59, Madison WI 53785-0001

**Married Couple Credit When Both Spouses Are Employed**

| # | Description | (A) YOURSELF | (B) YOUR SPOUSE |
|---|---|---|---|
| 1 | Wages, salaries, tips, and other employee compensation from line 1 of Form 1A. Do not include deferred compensation or scholarships and fellowships that are not reported on a W-2 | 1406.00 | 8696.00 |
| 2 | IRA deduction, if any, from line 8 of Form 1A | .00 | .00 |
| 3 | Subtract line 2 from line 1 | 1406.00 | 8696.00 |
| 4 | Compare amounts in columns (A) and (B) of line 3. Fill in the smaller amount here. If more than $16,000, fill in $16,000 | | 1406.00 |
| 5 | Rate of credit is .03 (3%) | | x .03 |
| 6 | Multiply line 4 by line 5. Round the result and fill in here and on line 21 of Form 1A. Do NOT fill in more than $480 | | 42.00 |

staple in this space.

structions.

number

-3167

curity number

-1309

the SSN(s) above
e 6c are correct.

lection Campaign

your spouse if filing
to this fund. Checking
change your tax or

'ou ☐ Spouse

If
is

| | |
|---|---|
| Boxes checked on 6a and 6b | 2 |
| No. of children on 6c who: | |
| • lived with you | 1 |
| • did not live with you due to divorce or separation (see instructions) | |
| Dependents on 6c not entered above | |
| Add numbers on lines above ▶ | 3 |

10,102

10,102

10,102

Form **1040** (2015)

Form 1040 (2015) DUANE & JENNIFER STOUT                                                                3167    Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 10,102 |
| | 39a | Check if: ☐ You were born before January 2, 1951, ☐ Blind. Total boxes | | | |
| | | ☐ Spouse was born before January 2, 1951, ☐ Blind. checked ▶ 39a | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | | |
| **Standard Deduction for -** | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | | 40 | 12,600 |
| | 41 | Subtract line 40 from line 38 | | 41 | (2,498) |
| ● People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 42 | **Exemptions.** If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | | 42 | 12,000 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0 |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972 c ☐ | | 44 | 0 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | |
| ● All others: | 47 | Add lines 44, 45, and 46 ▶ | | 47 | |
| Single or Married filing separately, $6,300 | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| | 50 | Education credits from Form 8863, line 19 | 50 | | |
| Married filing jointly or Qualifying widow(er), $12,600 | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | |
| | 53 | Residential energy credit. Attach Form 5695 | 53 | | |
| | 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | | |
| Head of household, $9,250 | 55 | Add lines 48 through 54. These are your **total credits** | | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | | 56 | 0 |
| | 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| **Other Taxes** | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60a | Household employment taxes from Schedule H | | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☐ | | 61 | |
| | 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | | 63 | 0 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 611 | |
| | 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** | 66a | 3,359 | |
| | b | Nontaxable combat pay election 66b | | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | 1,000 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| | 70 | Amount paid with request for extension to file | 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| | 73 | Credits from Form: a ☐ 2439  b ☐ Reserved  c ☐ 8885  d ☐ | 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | | 74 | 4,970 |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | | 75 | 4,970 |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | | 76a | 4,970 |
| Direct deposit? See instructions. | ▶ b | Routing number  0 1 9  ▶c Type: ☒ Checking  ☐ Savings | | | |
| | ▶ d | Account number  8 0 1 | | | |
| | 77 | Amount of line 75 you want applied to your 2016 estimated tax ▶ 77 | | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | | 78 | |
| | 79 | Estimated tax penalty (see instructions) | 79 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below.  ☒ No | | | | |
| | Designee's name ▶       Phone no. ▶       Personal identification number (PIN) ▶ | | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| 23167 | 02-09-2016 | DISABLED | 262-220-6020 |

Joint return? See instructions. Keep a copy for your records.

| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | Identity Protection PIN (see inst.) |
|---|---|---|---|
| 21309 | 02-09-2016 | HOMEMAKER | |

**Paid Preparer Use Only**

| Preparer's signature | Date 02-09-2016 | Check ☐ if self-employed | PTIN P01328345 |
|---|---|---|---|
| Print/Type preparer's name  KATHRYN KESSLER | | | |
| Firm's name ▶ KC ACCOUNTING & TAX INC | | Firm's EIN ▶ | 1922 |
| Firm's address ▶ 2409 - 52ND STREET STE 2  Kenosha, WI 53140 | | Phone no. | 262-657-4813 |

Case 12-36019-gmh    Doc 81-1    Filed 08/03/16    Page 4 of 4

EEA                                                                                                   Form 1040 (2015)