UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

| In Re: | Case No. 12-36019-gmh |
|---|---|
| **Duane Stout and Jennifer Stout** | CH 13 |
| **Debtors.** | |

_____

### DEBTORS' MOTION TO VOLUNTARILY DISMISS
### THEIR CHAPTER 13 BANKRUPTCY

Debtors Duane and Jennifer Stout, through their attorneys, Lakelaw, motion this court for an order dismissing their Chapter 13 bankruptcy, stating as follows:

1. The Chapter 13 case above was filed on November 6, 2012.
2. The Debtors now seek to dismiss their chapter 13 proceeding.
3. The Debtors have an absolute right to do so.
4. This case has never been converted to or from any other chapter under the Bankruptcy Code.

WHEREFORE,

The Debtors request that this Court enter an order dismissing their Chapter 13 case.

/s/ David P. Leibowitz                                                                 November 18, 2016
Attorney for the Debtors


### CERTIFICATE OF SERVICE

The above motion was served on the following parties by CM/ECF Electronic notice on November 18, 2016: The Office of the US Trustee, the Standing Chapter 13 Trustee Mary Grossman, and all parties that requested or receive electronic notice.


David P. Leibowitz
Lakelaw
53 W. Jackson, Suite 1610
Chicago, IL 60604
312.360.1501
312.360.1502 (fax)
dleibowitz@lakelaw.com
Wisconsin Bar 1058663